UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81304-CV-SMITH

HOWARD COHAN,

    Plaintiff,

v.

ANTHONY'S COAL FIRED PIZZA OF
PALM BEACH GARDENS, LLC, *et al.,*

    Defendants.
_____/

## ORDER STAYING CASE

This cause is before the Court on the Notice of Suggestion of Bankruptcy for BurgerFi International Inc. and certain of its affiliates, including Defendants Anthony's Coal Fired Pizza of Palm Beach Gardens, LLC, Anthony's Coal Fired Pizza of Kendall, LLC, and Anthony's Coal Fired Pizza of North Lauderdale, LLC (collectively, "Defendants"), and Automatic Stay of Proceedings [DE 4]. Upon consideration, it is

**ORDERED THAT:**

1. This case is **STAYED.**

2. All pending motions are **DENIED as moot**.

3. Starting **March 28, 2025** and every four months thereafter, Defendants shall file a status report regarding the bankruptcy proceedings.

4. The Clerk is directed to administratively **CLOSE** this case.

DONE AND ORDERED in Fort Lauderdale, Florida this 28th day of October, 2024.

                                                **RODNEY SMITH**
                                                **UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record