UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:24-cv-81304-RS

HOWARD COHAN,

        Plaintiff,

v.

ANTHONY'S COAL FIRED PIZZA OF
PALM BEACH GARDENS, LLC,

        Defendant.

_____/

## STATUS REPORT AND REQUEST FOR DISMISSAL

Pursuant to this Court's Order Staying the Case and requiring a Status Report (D.E. 5), Defendant, Anthony's Coal Fired Pizza of Palm Beach Gardens, LLC states as follows:

BurgerFi International, the parent company of Anthony's Coal Fired Pizza & Wings, and all of its subsidiaries confirmed the plan of reorganization.  All of the Anthony's Coal Fire Pizza restaurants, including Defendant, were sold out of bankruptcy to lender TREW Capital Management. See D.E. 239, In re BurgerFi International, Case Number: 24-12017 (CTG) (Bankr. Del. Oct. 30, 2024). Then, TREW sold all the restaurants, including Defendant, to Florida Burger, Inc.  This was an asset purchase Sale. Thus, none of Defendant's liabilities, including all pending claims and lawsuits, were transferred to or assumed by the buyer. As a result of the sale, Defendant has ceased operations and has no assets.  Accordingly, Defendant requests that this case be dismissed and closed.

WHEREFORE, Defendant, Anthony's Coal Fired Pizza of Palm Beach Gardens, LLC, respectfully requests that this action be dismissed.

Respectfully submitted this 28th day of March, 2025.

/s/ *Elizabeth M. Rodriguez*

Elizabeth M. Rodriguez
Florida Bar No. 821690
Ford & Harrison, LLP
1 SE Third Avenue, Suite 2130
Miami, Florida 33131
Telephone: (305) 808-2143
Facsimile: (305) 808-2101
erodriguez@fordharrison.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of March, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Elizabeth M. Rodriguez*

## SERVICE LIST

Gregory S. Sconzo, Esq.
greg@sconzolawoffice.com
perri@sconzolawoffice.com
Samantha L. Simpson, Esq.
samantha@sconzolawoffice.com
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: 561-729-0940
Facsimile: 561-491-9459